# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| In re: CARLSON, BRIAN J           § | Case No. 16-81057 |
|      CARLSON, CAROL R       § | |
|                                        § | |
| Debtor(s)                                         § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

    1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on April 28, 2016. The undersigned trustee was appointed on May 13, 2016.

    2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

    3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

    4. The trustee realized the gross receipts of         $         144,261.71

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 22,259.58 |
| Bank service fees | 1,342.19 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 120,659.94 |

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/14/2016 and the deadline for filing governmental claims was 10/25/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $10,463.09. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $10,463.09, for a total compensation of $10,463.09.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $660.46, for total expenses of $660.46.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/12/2018       By: /s/JOSEPH D. OLSEN
                           Trustee, Bar No.:

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 16-81057  
**Case Name:** CARLSON, BRIAN J  
  CARLSON, CAROL R  
**Period Ending:** 03/12/18

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 04/28/16 (f)  
**§341(a) Meeting Date:** 06/23/16  
**Claims Bar Date:** 10/14/16

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1  4549 Rotary Road, Cherry Valley, IL 61016-0000, | 150,000.00 | Unknown | | 0.00 | FA |
| 2  5835 Elaine Drive, Rockford, IL 61108-0000, Winn | 70,000.00 | 70,000.00 | | 85,000.00 | FA |
| 3  Cash | 200.00 | 0.00 | | 0.00 | FA |
| 4  Checking: Holcomb State Bank #80002589 | 2,293.00 | Unknown | | 0.00 | FA |
| 5  Checking: US Bank #8550023934 | 1,139.00 | Unknown | | 0.00 | FA |
| 6  Savings: Holcomb State Bank #7248 | 217.00 | Unknown | | 0.00 | FA |
| 7  Savings: US Bank #0085 5501 1843 | 177.00 | Unknown | | 0.00 | FA |
| 8  Other financial account: Holcomb State Bank #800 | 44,178.00 | 44,000.00 | | 26,011.71 | FA |
| 9  Savings: Holcomb State Bank #605190 | 121.00 | Unknown | | 0.00 | FA |
| 10 Savings: Holcomb State Bank #605183 | 138.00 | Unknown | | 0.00 | FA |
| 11 Fridge, Stove, Washer, Dryer, Couch, (2) Recline | 350.00 | 0.00 | | 0.00 | FA |
| 12 32" TV, Laptop, Printer, (2) Cell Phones, Camera | 300.00 | 0.00 | | 0.00 | FA |
| 13 CPAP Machine | 100.00 | 0.00 | | 0.00 | FA |
| 14 No Designer Clothing - Work and Regular Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 15 Costume Jewelry and Wedding Ring | 400.00 | 0.00 | | 0.00 | FA |
| 16 Bikes | 100.00 | 0.00 | | 0.00 | FA |
| 17 Country Life Policy Term #1873113: Carol Carlson | 0.00 | Unknown | | 0.00 | FA |
| 18 Country Life Policy #3005852: Brian Carlson | 406.00 | Unknown | | 0.00 | FA |
| 19 Country Life Policy #3005851: Brian Carlson | 476.00 | Unknown | | 0.00 | FA |
| 20 Country Life Policy #1220337: Brian Carlson and | 1,229.00 | Unknown | | 0.00 | FA |
| 21 Country Life Policy #1220336: Brian Carlson and | 1,330.00 | Unknown | | 0.00 | FA |
| 22 Country Life Policy #1220338: Brian Carlson and | 1,291.00 | Unknown | | 0.00 | FA |
| 23 Country Life Policy #3005848: Brian Carlson | 389.00 | Unknown | | 0.00 | FA |
| 24 Country Life Policy #1608592: Carol Carlson | 7,783.00 | Unknown | | 0.00 | FA |
| 25 Country Life Policy #1220335: Brian Carolson | 4,491.00 | Unknown | | 0.00 | FA |
| 26 Country Life Policy #1220334: Carol Carlson | 8,472.00 | Unknown | | 0.00 | FA |
| 27 Country Life Policy #1220333: Carol Carlson | 8,205.00 | Unknown | | 0.00 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 16-81057  
**Case Name:** CARLSON, BRIAN J  
CARLSON, CAROL R  
**Period Ending:** 03/12/18

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 04/28/16 (f)  
**§341(a) Meeting Date:** 06/23/16  
**Claims Bar Date:** 10/14/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | 401 (k): ADP/Nelson & Tool Supply | 40,119.00 | 0.00 | | 0.00 | FA |
| 29 | IRA: Alpine Bank #801069226119 | 9,385.77 | 0.00 | | 0.00 | FA |
| 30 | IRA: Alpine Bank #801070626118 | 9,385.77 | 0.00 | | 0.00 | FA |
| 31 | Never Enough Equipment, Inc. and Carlson Farms, | Unknown | Unknown | | 0.00 | FA |
| 32 | Harvest & Haul, LLC (Brian 50% and Carol 50%), 1 | Unknown | Unknown | | 0.00 | FA |
| 33 | Carlson Family Farms, LLC (Brian 50% and Carol 5 | Unknown | Unknown | | 0.00 | FA |
| 34 | BJC Farms, LLC, 100% ownership | Unknown | Unknown | | 0.00 | FA |
| 35 | CRC Farms, LLC, 100% ownership | Unknown | Unknown | | 0.00 | FA |
| 36 | 2009 Ford Flex, 94000 miles. Entire property val | 5,000.00 | 0.00 | | 0.00 | FA |
| 37 | 2005 Ford F350, 155,000 miles. Entire property v | 3,000.00 | 0.00 | | 0.00 | FA |
| 38 | 2010 Harley LMT, 10,000 miles, #129-004. Entire | 10,000.00 | 0.00 | | 0.00 | FA |
| 39 | 2013 Kubota BX2670, Lawn Tractor. Entire propert | 10,978.90 | 0.00 | | 0.00 | FA |
| 40 | 2011 Cimarron Norstar 4H, Horse Trailer | Unknown | Unknown | | 0.00 | FA |
| 41 | Donald Wornberg - avoidable transfer  (u) | 0.00 | Unknown | | 0.00 | FA |
| 42 | Ronald Davidson - avoidable transfer  (u) | 0.00 | Unknown | | 0.00 | FA |
| 43 | 2015 tax refund  (u) | 0.00 | Unknown | | 0.00 | FA |
| 44 | Inventory in storage  (u) | 0.00 | Unknown | | 0.00 | FA |
| 45 | avoidable asset/corn row planter  (u) | 0.00 | 20,000.00 | | 33,250.00 | FA |
| 46 | avoidable transfer National Financial Services  (u) | 0.00 | Unknown | | 0.00 | FA |
| 46 | **Assets    Totals** (Excluding unknown values) | **$391,854.44** | **$134,000.00** | | **$144,261.71** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee avoided a purported secured creditors claim on a corn row planter and sold same. The Trustee is awaiting a buyout proposal from the Debtors regarding the equity in their condominium (reference 2) and the dissipation of a prepetition account ($28,000.00) reference # 8. Trustee expects to get those early in 2017 if not we have to list the condo for sale and I have to try to force collection from the Debtors of the $28,000 that was dissipated.

During the previous year the Trustee has sold the Debtors' condominium, filed the appropriate income tax returns, compensated the accountants and filed a motion to compromise the last remaining issue involving the turnover of the Debtors' date of petition balance in their bank account, that is to be heard late January 2018, and will file a final report once that compromise is funded. I guess our anticipated date for final report will be June 30, 2018.

Exhibit A

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-81057  
**Case Name:** CARLSON, BRIAN J  
               CARLSON, CAROL R  
**Period Ending:** 03/12/18

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 04/28/16 (f)  
**§341(a) Meeting Date:** 06/23/16  
**Claims Bar Date:** 10/14/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** December 31, 2017     **Current Projected Date Of Final Report (TFR):** June 30, 2018

Exhibit B

## Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| **Case Number:** 16-81057 | **Trustee:** JOSEPH D. OLSEN (330400) |
| **Case Name:** CARLSON, BRIAN J | **Bank Name:** Rabobank, N.A. |
| CARLSON, CAROL R | **Account:** ******8666 - Checking Account |
| **Taxpayer ID #:** **-***5495 | **Blanket Bond:** $1,500,000.00 (per case limit) |
| **Period Ending:** 03/12/18 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/22/16 | {8} | Carol R. Carlson | Holcomb State Bank funds | 1129-000 | 15,011.71 | | 15,011.71 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 15,001.71 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.51 | 14,980.20 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.76 | 14,959.44 |
| 11/28/16 | {45} | Hack's Auction & Realty Service | SALES PROCEEDS-PERSONAL PROPERTY | 1229-000 | 33,250.00 | | 48,209.44 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.47 | 48,184.97 |
| 12/28/16 | 101 | Hack's Auction & Realty Service | Auctioneer's fees and expenses | | | 5,761.51 | 42,423.46 |
| | | | Auctioneer's fees        4,987.50 | 3610-000 | | | 42,423.46 |
| | | | Auctionner's expenses     774.01 | 3620-000 | | | 42,423.46 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.11 | 42,354.35 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.72 | 42,286.63 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.76 | 42,229.87 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.76 | 42,167.11 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.60 | 42,110.51 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.62 | 42,043.89 |
| 06/01/17 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2017 FOR CASE #16-81057, 016018067 | 2300-000 | | 30.64 | 42,013.25 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.43 | 41,952.82 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.33 | 41,894.49 |
| 08/15/17 | 103 | Duraclean | carpet cleaning for Elaine Drive | 2420-000 | | 334.44 | 41,560.05 |
| 08/15/17 | 104 | Cedar Hill Condo Association | August association dues | 2420-000 | | 140.00 | 41,420.05 |
| 08/15/17 | 105 | Rock River Water Reclamation District | Elaine Drive reclamation bill | 2420-000 | | 77.20 | 41,342.85 |
| 08/17/17 | 106 | Trustee Resource Group | property & liability insurance re Elaine Drive | 2420-000 | | 270.00 | 41,072.85 |
| 08/21/17 | 107 | NiCor Gas Company | August gas bill | 2420-000 | | 50.15 | 41,022.70 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.95 | 40,956.75 |
| 09/06/17 | 108 | Cedar Hill Condo Association | September condo association dues | 2420-000 | | 140.00 | 40,816.75 |
| 09/19/17 | 109 | Commonwealth Edison | electric service 8/17/17 thru 9/14/17 | 2420-000 | | 22.34 | 40,794.41 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.82 | 40,737.59 |
| 10/02/17 | | Title Underwriter's Agency | sale proceeds | | 70,071.66 | | 110,809.25 |
| | {2} | | | 85,000.00 | 1110-000 | | 110,809.25 |
| | | Winnebago County Treasurer | 2017 county taxes        -3,311.83 | 2820-000 | | | 110,809.25 |
| | | Title Underwriter's Agency | Owner's Title Insurance    -461.00 | 2500-000 | | | 110,809.25 |
| | | Title Underwriter's Agency | copy fee                -37.50 | 2500-000 | | | 110,809.25 |
| | | State of Illinois | IL DFI Policy Fee          -3.00 | 2500-000 | | | 110,809.25 |
| | | Title Underwriter's Agency | closing fee             -142.50 | 2500-000 | | | 110,809.25 |

Subtotals :    $118,333.37    $7,524.12

{} Asset reference(s)

Printed: 03/12/2018 04:06 PM    V.13.32

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 16-81057  
**Case Name:** CARLSON, BRIAN J  
CARLSON, CAROL R  
**Taxpayer ID #:** **-***5495  
**Period Ending:** 03/12/18  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8666 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | Title Underwriter's Agency | Title search fee | -150.00 | 2500-000 | | | 110,809.25 |
| | | Title Underwriter's Agency | Closing protection letter | -50.00 | 2500-000 | | | 110,809.25 |
| | | Keller Williams Realty | broker commission | -2,975.00 | 3510-000 | | | 110,809.25 |
| | | Gambino Realtors | broker commission | -2,975.00 | 3510-000 | | | 110,809.25 |
| | | Winnebago County Recorder | recording fee | -45.00 | 2500-000 | | | 110,809.25 |
| | | Winnebago County Recorder | county revenue stamps | -42.50 | 2820-000 | | | 110,809.25 |
| | | Winnebago County Recorder | state revenue stamps | -85.00 | 2820-000 | | | 110,809.25 |
| | | City of Rockford Water Department | water bill | -70.54 | 2420-000 | | | 110,809.25 |
| | | Rock River Water Reclamation | sanitary bill | -73.03 | 2420-000 | | | 110,809.25 |
| | | Service Plumbing | RRWRD Inspection | -50.00 | 2420-000 | | | 110,809.25 |
| | | Winnebago County Treasurer | 2016 real estate taxes | -4,456.44 | 2820-000 | | | 110,809.25 |
| 10/09/17 | 110 | Commonwealth Edison | final billing condo | | 2420-000 | | 4.62 | 110,804.63 |
| 10/12/17 | 111 | City of Rockford Water Department | final water bill 5835 Elain Drive | | 2420-000 | | 11.83 | 110,792.80 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 156.55 | 110,636.25 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 159.13 | 110,477.12 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 153.60 | 110,323.52 |
| 01/29/18 | {8} | Brian & Carol Carlson | per offer in compromise | | 1129-000 | 11,000.00 | | 121,323.52 |
| 01/29/18 | | City of Rockford Water Department | refund of overpayment on water bill for 5835 Elain Dr | | 1290-002 | 11.49 | | 121,335.01 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 175.07 | 121,159.94 |
| 02/01/18 | 112 | Benning Group LLC | preparation of fudiciary returns ending 12-31-16 | | 3410-000 | | 500.00 | 120,659.94 |
| 03/12/18 | | to void entry 20 | to void entry 20 | | 1110-000 | 11.49 | | 120,671.43 |
| 03/12/18 | | Rockford Water Department | refund of overpayment on water bill | | 2420-000 | | -11.49 | 120,682.92 |
| 03/12/18 | | City of Rockford Water Department | Reversed Deposit 100005 1 refund of overpayment on water bill for 5835 Elain Dr | | 1290-002 | -11.49 | | 120,671.43 |
| 03/12/18 | | Rockford Water Department | refund on overpayment of water bill | | 1110-000 | -11.49 | | 120,659.94 |
| | | | ACCOUNT TOTALS | | | 129,333.37 | 8,673.43 | $120,659.94 |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | **Subtotal** | | | 129,333.37 | 8,673.43 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$129,333.37** | **$8,673.43** | |

{} Asset reference(s)

Exhibit B

## Form 2
### Cash Receipts And Disbursements Record

Page: 3

| | |
|---|---|
| **Case Number:** 16-81057 | **Trustee:** JOSEPH D. OLSEN (330400) |
| **Case Name:** CARLSON, BRIAN J | **Bank Name:** Rabobank, N.A. |
| CARLSON, CAROL R | **Account:** ******8666 - Checking Account |
| **Taxpayer ID #:** **-***5495 | **Blanket Bond:** $1,500,000.00  (per case limit) |
| **Period Ending:** 03/12/18 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

|  |  |  |
|---|---|---|
| Net Receipts : | 129,333.37 | |
| Plus Gross Adjustments : | 14,928.34 | |
| Net Estate : | $144,261.71 | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******8666** | 129,333.37 | 8,673.43 | 120,659.94 |
| | $129,333.37 | $8,673.43 | $120,659.94 |

{} Asset reference(s)

Printed: 03/12/2018 04:06 PM    V.13.32

Printed: 03/12/18 04:06 PM                                                                                       Page: 1

# Exhibit "C" - Analysis of Claims Register

## Case:  16-81057   CARLSON, BRIAN J

**Case Balance:** $120,659.94     **Total Proposed Payment:** $120,659.94     **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | Attorney Joseph D Olsen <3110-00  Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 9,230.00 | 9,230.00 | 0.00 | 9,230.00 | 9,230.00 | 111,429.94 |
|  | JOSEPH D. OLSEN <2200-00  Trustee Expenses> | Admin Ch. 7 | 660.46 | 660.46 | 0.00 | 660.46 | 660.46 | 110,769.48 |
|  | JOSEPH D. OLSEN <2100-00  Trustee Compensation> | Admin Ch. 7 | 10,463.09 | 10,463.09 | 0.00 | 10,463.09 | 10,463.09 | 100,306.39 |
| 13S | Meridian Implement Co. | Secured | 50,000.00* | 0.00 | 0.00 | 0.00 | 0.00 | 100,306.39 |
| 8P | Internal Revenue Service | Priority | 21,688.38 | 21,688.38 | 0.00 | 21,688.38 | 21,688.38 | 78,618.01 |
| 1 | American InfoSource LP as agent for | Unsecured | 10,819.41 | 10,819.41 | 0.00 | 10,819.41 | 429.58 | 78,188.43 |
| 2 | DLL Finance LLC | Unsecured | 18,201.47 | 18,201.47 | 0.00 | 18,201.47 | 722.66 | 77,465.77 |
| 3 | DLL Finance LLC | Unsecured | 19,387.00 | 19,387.00 | 0.00 | 19,387.00 | 769.73 | 76,696.04 |
| 4 | DLL Finance LLC | Unsecured | 19,566.84 | 19,566.84 | 0.00 | 19,566.84 | 776.87 | 75,919.17 |
| 5 | AGCO Finance LLC | Unsecured | 12,889.77 | 12,889.77 | 0.00 | 12,889.77 | 511.77 | 75,407.40 |
| 6 | AGCO Finance LLC | Unsecured | 27,579.32 | 27,579.32 | 0.00 | 27,579.32 | 1,094.99 | 74,312.41 |
| 7 | Discover Bank | Unsecured | 13,254.23 | 13,254.23 | 0.00 | 13,254.23 | 526.24 | 73,786.17 |
| 8U | Internal Revenue Service | Unsecured | 1,965.15 | 1,965.15 | 0.00 | 1,965.15 | 78.02 | 73,708.15 |
| 9 | Forest Hills Country Club | Unsecured | 1,791.60 | 1,791.60 | 0.00 | 1,791.60 | 71.13 | 73,637.02 |
| 10 | Jordan Implement, LLC | Unsecured | 10,057.99 | 10,057.99 | 0.00 | 10,057.99 | 399.33 | 73,237.69 |
| 11 | Quantum3 Group LLC as agent for | Unsecured | 10,960.88 | 10,960.88 | 0.00 | 10,960.88 | 435.18 | 72,802.51 |
| 12 | PYOD, LLC its successors and assigns as assignee | Unsecured | 600.06 | 600.06 | 0.00 | 600.06 | 23.82 | 72,778.69 |
| 13U | Meridian Implement Co. | Unsecured | 58,892.00 | 58,892.00 | 0.00 | 58,892.00 | 2,338.20 | 70,440.49 |
| 14 | Airgas USA LLC | Unsecured | 635.71 | 635.71 | 0.00 | 635.71 | 25.24 | 70,415.25 |
| 15 | Stephenson Service Company | Unsecured | 21,414.23 | 21,414.23 | 0.00 | 21,414.23 | 850.21 | 69,565.04 |
| 16 | Schilling Law, LLC | Unsecured | 1,890.00 | 1,890.00 | 0.00 | 1,890.00 | 75.04 | 69,490.00 |
| 17 | Citibank, N.A. | Unsecured | 7,094.37 | 7,094.37 | 0.00 | 7,094.37 | 281.67 | 69,208.33 |
| 18 | Regions Bank | Unsecured | 1,469,799.10 | 1,469,799.10 | 0.00 | 1,469,799.10 | 58,355.80 | 10,852.53 |
| 19 -2 | Regions Commecial Equipment Finance, LLC | Unsecured | 114,358.60 | 114,358.60 | 0.00 | 114,358.60 | 4,540.41 | 6,312.12 |
| 20 -2 | Regions Commercial Equipment Finance, LLC | Unsecured | 80,653.09 | 80,653.09 | 0.00 | 80,653.09 | 3,202.19 | 3,109.93 |
| 21 | CLAAS Finanical Services, LLC | Unsecured | 72,510.97 | 72,510.97 | 0.00 | 72,510.97 | 2,878.92 | 231.01 |
| 22 | U.S. Bank National Association | Unsecured | 1,914.96 | 1,914.96 | 0.00 | 1,914.96 | 76.03 | 154.98 |

(*) Denotes objection to Amount Filed

## Exhibit "C" - Analysis of Claims Register

### Case:  16-81057   CARLSON, BRIAN J

| **Case Balance:** | $120,659.94 | **Total Proposed Payment:** | $120,659.94 | **Remaining Balance:** | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 23 | U.S. Bank National Association | Unsecured | 3,903.56 | 3,903.56 | 0.00 | 3,903.56 | 154.98 | 0.00 |
| 24 | FALLS COLLECTION SERVICE | Unsecured | 136.49 | 136.49 | 0.00 | 136.49 | 0.00 | 0.00 |
| 25 | FALLS COLLECTION SERVICE | Unsecured | 131.87 | 131.87 | 0.00 | 131.87 | 0.00 | 0.00 |
| 26 | Deere & Company | Unsecured | 9,340.16 | 9,340.16 | 0.00 | 9,340.16 | 0.00 | 0.00 |
| 27 | John Deere Financial, f.s.b. | Unsecured | 9,314.13 | 9,314.13 | 0.00 | 9,314.13 | 0.00 | 0.00 |
| | **Total for Case 16-81057 :** | | **$2,091,104.89** | **$2,041,104.89** | **$0.00** | **$2,041,104.89** | **$120,659.94** | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $20,353.55 | $20,353.55 | $0.00 | $20,353.55 | 100.000000% |
| **Total Priority Claims :** | $21,688.38 | $21,688.38 | $0.00 | $21,688.38 | 100.000000% |
| **Total Secured Claims :** | $50,000.00 | $0.00 | $0.00 | $0.00 | 0.000000% |
| **Total Unsecured Claims :** | $1,999,062.96 | $1,999,062.96 | $0.00 | $78,618.01 | 3.932743% |

**TRUSTEE'S PROPOSED DISTRIBUTION**   Exhibit D

Case No.: 16-81057
Case Name: CARLSON, BRIAN J
Trustee Name: JOSEPH D. OLSEN

**Balance on hand:**   $   120,659.94

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 13S | Meridian Implement Co. | 50,000.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   120,659.94

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 10,463.09 | 0.00 | 10,463.09 |
| Trustee, Expenses - JOSEPH D. OLSEN | 660.46 | 0.00 | 660.46 |
| Attorney for Trustee, Fees - Attorney Joseph D Olsen | 9,230.00 | 0.00 | 9,230.00 |

Total to be paid for chapter 7 administration expenses:   $   20,353.55
Remaining balance:   $   100,306.39

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   100,306.39

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $21,688.38 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8P | Internal Revenue Service | 21,688.38 | 0.00 | 21,688.38 |

**UST Form 101-7-TFR (05/1/2011)**

|  | Total to be paid for priority claims: | $ | 21,688.38 |
|---|---|---|---|
|  | Remaining balance: | $ | 78,618.01 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,980,140.31 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 10,819.41 | 0.00 | 429.58 |
| 2 | DLL Finance LLC | 18,201.47 | 0.00 | 722.66 |
| 3 | DLL Finance LLC | 19,387.00 | 0.00 | 769.73 |
| 4 | DLL Finance LLC | 19,566.84 | 0.00 | 776.87 |
| 5 | AGCO Finance LLC | 12,889.77 | 0.00 | 511.77 |
| 6 | AGCO Finance LLC | 27,579.32 | 0.00 | 1,094.99 |
| 7 | Discover Bank | 13,254.23 | 0.00 | 526.24 |
| 8U | Internal Revenue Service | 1,965.15 | 0.00 | 78.02 |
| 9 | Forest Hills Country Club | 1,791.60 | 0.00 | 71.13 |
| 10 | Jordan Implement, LLC | 10,057.99 | 0.00 | 399.33 |
| 11 | Quantum3 Group LLC as agent for | 10,960.88 | 0.00 | 435.18 |
| 12 | PYOD, LLC its successors and assigns as assignee | 600.06 | 0.00 | 23.82 |
| 13U | Meridian Implement Co. | 58,892.00 | 0.00 | 2,338.20 |
| 14 | Airgas USA LLC | 635.71 | 0.00 | 25.24 |
| 15 | Stephenson Service Company | 21,414.23 | 0.00 | 850.21 |
| 16 | Schilling Law, LLC | 1,890.00 | 0.00 | 75.04 |
| 17 | Citibank, N.A. | 7,094.37 | 0.00 | 281.67 |
| 18 | Regions Bank | 1,469,799.10 | 0.00 | 58,355.80 |
| 19 -2 | Regions Commecial Equipment Finance, LLC | 114,358.60 | 0.00 | 4,540.41 |
| 20 -2 | Regions Commercial Equipment Finance, LLC | 80,653.09 | 0.00 | 3,202.19 |

**UST Form 101-7-TFR (05/1/2011)**

| 21 | CLAAS Finanical Services, LLC | 72,510.97 | 0.00 | 2,878.92 |
|---|---|---|---|---|
| 22 | U.S. Bank National Association | 1,914.96 | 0.00 | 76.03 |
| 23 | U.S. Bank National Association | 3,903.56 | 0.00 | 154.98 |

Total to be paid for timely general unsecured claims: $ 78,618.01
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 18,922.65 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 24 | FALLS COLLECTION SERVICE | 136.49 | 0.00 | 0.00 |
| 25 | FALLS COLLECTION SERVICE | 131.87 | 0.00 | 0.00 |
| 26 | Deere & Company | 9,340.16 | 0.00 | 0.00 |
| 27 | John Deere Financial, f.s.b. | 9,314.13 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

**UST Form 101-7-TFR (05/1/2011)**