# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| BRIAN J. CARLSON and | § | |
| CAROL R. CARLSON | § | Case Number: 16-81057 |
| | § | |
| Debtor. | § | JUDGE THOMAS M. LYNCH |

## CERTIFICATE OF SERVICE

The undersigned certifies that on __March 21__, 2018, she served upon all persons to whom it is directed via electronic communication as indicated below and by United States Mail as indicated on the attached service list, a copy of the Notice of Trustee's Final Report.

Attorney Thomas Laughlin
728 North Court Street
Rockford, IL 61103

Patrick Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715

/s/ Marti Maravich

Joseph D. Olsen, Trustee
Yalden, Olsen & Willette
1318 East State Street
Rockford, IL 61104-2228
815-965-8635
815-965-4573 (facsimile)
jolsenlaw@comcast.net

Kubota Credit Corporation
14841 Dallas Parkway, Suite 300
Dallas, TX 75254-7883

The Harvard State Bank
c/o Attorney James E. Stevens
6833 Stalter Drive
Rockford, IL 61108-2579

U.S. Bank National Association
Bankruptcy Department
P.O. Box 108
St Louis, MO 63166-0108

A C McCarthy Farm Equipment
14934 Freeport Road
Durand, IL 61024-9731

AGCO Finance
P.O. Box 2000
Johnston, IA 50131-0020

AGDirect
600 Highway 169 S
Suite 300
Minneapolis, MN 55426-1208

Airgas USA LLC
6055 Rockside Woods Blvd
Independence, OH 44131-2301

Airgass USA, LLC
4646 Linden Rd
Rockford, IL 61109-3300

Altorfer, Inc
POB 1347
Cedar Rapids, IA 52406-1347

Altus GTS Inc
Lorrie Harper
POB 1389
Kenner, LA 70063-1389

American InfoSource LP as agent for
TD Bank, USA
PO Box 248866
Oklahoma City, OK 73124-8866

BSLBV. LLP
James Stevens
6833 Stalter Drive
Rockford, IL 61108-2582

Bank of America
PO Box 851001
Dallas, TX 75285-1001

Blitt & Gaines P.C.
661 Glenn Avenue
Wheeling, IL 60090-6017

CLAAS Finanical Services, LLC
475 Sansome Street, 19th Floor
San Francisco, CA 94111-3112

CNH Industrial Capital
PO box 292
Racine, WI 53401-0292

Carnival Mastercard
PO Box 60517
City of Industry, CA 91716-0517

Chase Slate
PO Box 15153
Wilmington, DE 19886-5153

Citibank, N.A.
c/o Quantum3 Group LLC
PO Box 280
Kirkland, WA 98083-0280

Credit Collections Services
c/o Country Mutual Company
PO BOX 55126
Boston, MA 02205-5126

Creditors Protection Service
202 W State Street
Suite 300
Rockford, IL 61101-1116

DLL Financial Solutions
PO Box 2000
Johnston, IA 50131-0020

Deborah J. Volmert
Hanna & Volmert, LLC
530 Fullerton Road
P.O. Box 464
Belleville, IL 62222-0464

Deere & Company
PO Box 6600
Johnston, IA 50131-6600

Dennis A. Brebner & Assoc.
860 Northpoint Boulevard
Waukegan, IL 60085-8211

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Discover Card
P. O. Box 6103
Carol Stream, IL 60197-6103

Estate Information Services
EIS Collections
PO box 1730
Reynoldsburg, OH 43068-8730

Falls Collection Service
P.O. Box 668
Germantown, WI 53022-0668

Farm Credit Services
5015 South 118th Street
PO Box 2409
Omaha, NE 68103-2409

Forest Hills Country Club
6833 Stalter Drive
Rockford, IL 61108

Gander Mountain
PO Box 659569
San Antonio, TX 78265-9569

Goodyear Commercial Tire
4669 Sandy Hollow Road
Rockford, IL 61109-2651

Growmark
FS Agri Finance
PO box 78219
Milwaukee, WI 53278-0219

Harvard State Bank
POB 40
Harvard, IL 60033-0040

Hunter Warfield
4620 Woodland Corp Blvd
Tampa, FL 33614-2415

IRS/ Carlson Farms
4920 East State Street
Suite 5
Rockford, IL 61108-2262

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Jeffrey Ingebritsen
PO Box 620
Monroe, WI 53566-0620

John Deere Credit
P. O. Box 650215
Dallas, TX 75265-0215

John Deere Financial, f.s.b.
PO Box 6600
Johnston, IA 50131-6600

Johnson Oil Company
1305 12th Avenue
Rock Falls, IL 61071-2799

Jordan Implement, LLC
P.O. Box 620
Monroe, WI 53566-0620

Kroger card
US Bank
POB POB 790408
St Louis, MO 63179-0408

Kubota Credit Corp
POB 0559
Carol Stream, IL 60132-0559

Marc T. Cefalu
900 Front Street, Suite 350
San Francisco, CA 94111-1457

Meridian Implement Co.
c/o Dennis Gearhart
1011 South Meridian Rd.
Rockford, IL 61102-1199

Mira Med Revenue Group LLC
Dept 77304/ Alexian Brothers Health
PO Box 77000
Detroit, MI 48277-0304

Moore Tires
2411 East Rt 30
Rock Falls, IL 61071-3242

Mutual Wheel Company, Inc.
3818 11th Street
Rockford, IL 61109-3021

Nancy Grimme Schilling
Schilling Law, LLC
973 Featherstone Road, Suite 350
Rockford, IL 61107-5908

NiCor
PO Box 5407
Carol Stream, IL 60197-5407

Ortho ILLinois
POB 78620
Milwaukee, WI 53278-8620

PYOD, LLC as assignee of Citibank NA
Resurgent Capital Services
P.O. Box 19008
Greenville, SC 29602-9008

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Regions Bank
5100 Poplar, Suite 90B
Memphis, TN 38137-0104

Regions Commecial Equipment Finance,
5100 Poplar, Suite 90B
Memphis, TN 38137-0104

Regions Commercial Bank
PO Box 11407
Birmingham, AL 35246-0054

Regions Equipment Finance
PO Box 2545
Birmingham, AL 35202-2545

Rockford Health Physicians
Dept 4701
Carol Stream, IL 60122-4701

Rockford Mercantile Agency
2502 S Alpine Road
Rockford, IL 61108-7813

Rockford Radiology Assoc.
PO Box 1790
Brookfield, WI 53008-1790

Sam's Club
PO Box 960016
Orlando, FL 32896-0097


Schilling Law, LLC
Attorney Nancy Grimme Schilling
973 Featherstone Road, Suite 350
Rockford, IL 61107-5908

Sears Mastercard
PO Box 78051
Phoenix, AZ 85062-8051

Stephenson Service Company
c/o David A. Aaby
1318 East State Street
Rockford, IL 61104-2228


Systems & Services Technologies Inc
Servicer for Medallion Bank
14841 Dallas Pkwy, Suite 300
Dallas, TX 75254-7883

Target Card Service
PO Box 660170
Dallas, TX 75266-0170

US BANK
PO BOX 5229
CINCINNATI, OH 45201-5229


US Bank Home Mortgage
POB 790415
St Louis, MO 63179-0415

US Bank National Assoc
14841 Dallas Parkway
Suite 3002
Dallas, TX 75254-7685

Wexford
Farm Credit Leasing
2910 Westown Pkwy, Suite 102
West Des Moines, IA 50266-1308


Brian J Carlson
4549 Rotary Road
Cherry Valley, IL 61016-9601

Carol R Carlson
4549 Rotary Road
Cherry Valley, IL 61016-9601

Donald Wernberg
2453 Twin Ridge Ln.
Rockford, IL 61109