# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: CARLSON, BRIAN J | §  Case No. 16-81057 |
| CARLSON, CAROL R | § |
| | § |
| Debtor(s) | § |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $277,676.44 *(without deducting any secured claims)* | Assets Exempt: $124,070.54 |
| Total Distribution to Claimants: $100,306.39 | Claims Discharged Without Payment: $1,920,444.95 |
| Total Expenses of Administration: $43,955.32 | |

3) Total gross receipts of $ 144,261.71 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $144,261.71 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $50,000.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 43,955.32 | 43,955.32 | 43,955.32 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 21,688.38 | 21,688.38 | 21,688.38 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 27,370.92 | 1,999,062.96 | 1,999,062.96 | 78,618.01 |
| **TOTAL DISBURSEMENTS** | $27,370.92 | $2,114,706.66 | $2,064,706.66 | $144,261.71 |

4) This case was originally filed under Chapter 7 on April 28, 2016. The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/21/2018        By: /s/JOSEPH D. OLSEN
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Reversed Deposit 100005 1 refund of overpayment | 1290-002 | -11.49 |
| refund of overpayment on water bill for 5835 Ela | 1290-002 | 11.49 |
| refund on overpayment of water bill | 1110-000 | -11.49 |
| to void entry 20 | 1110-000 | 11.49 |
| 5835 Elaine Drive, Rockford, IL 61108-0000, Winn | 1110-000 | 85,000.00 |
| Other financial account: Holcomb State Bank #800 | 1129-000 | 26,011.71 |
| avoidable asset/corn row planter | 1229-000 | 33,250.00 |
| **TOTAL GROSS RECEIPTS** | | **$144,261.71** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13S | Meridian Implement Co. | 4110-000 | N/A | 50,000.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$50,000.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOSEPH D. OLSEN | 2100-000 | N/A | 10,463.09 | 10,463.09 | 10,463.09 |
| Trustee Expenses - JOSEPH D. OLSEN | 2200-000 | N/A | 660.46 | 660.46 | 660.46 |
| Attorney for Trustee Fees (Trustee Firm) - Attorney Joseph D Olsen | 3110-000 | N/A | 9,230.00 | 9,230.00 | 9,230.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 21.51 | 21.51 | 21.51 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.76 | 20.76 | 20.76 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 24.47 | 24.47 | 24.47 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 69.11 | 69.11 | 69.11 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 67.72 | 67.72 | 67.72 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 56.76 | 56.76 | 56.76 |
| Auctioneer for Trustee Fees (including buyers premiums) - Hack's Auction & Realty | 3610-000 | N/A | 4,987.50 | 4,987.50 | 4,987.50 |
| Auctioneer for Trustee Expenses - Hack's Auction & Realty Service | 3620-000 | N/A | 774.01 | 774.01 | 774.01 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 62.76 | 62.76 | 62.76 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 56.60 | 56.60 | 56.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 66.62 | 66.62 | 66.62 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 30.64 | 30.64 | 30.64 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 60.43 | 60.43 | 60.43 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 58.33 | 58.33 | 58.33 |
| Other - Duraclean | 2420-000 | N/A | 334.44 | 334.44 | 334.44 |
| Other - Cedar Hill Condo Association | 2420-000 | N/A | 140.00 | 140.00 | 140.00 |
| Other - Rock River Water Reclamation District | 2420-000 | N/A | 77.20 | 77.20 | 77.20 |
| Other - Trustee Resource Group | 2420-000 | N/A | 270.00 | 270.00 | 270.00 |
| Other - NiCor Gas Company | 2420-000 | N/A | 50.15 | 50.15 | 50.15 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 65.95 | 65.95 | 65.95 |
| Other - Cedar Hill Condo Association | 2420-000 | N/A | 140.00 | 140.00 | 140.00 |
| Other - Commonwealth Edison | 2420-000 | N/A | 22.34 | 22.34 | 22.34 |
| Other - Winnebago County Treasurer | 2820-000 | N/A | 3,311.83 | 3,311.83 | 3,311.83 |
| Other - Title Underwriter's Agency | 2500-000 | N/A | 461.00 | 461.00 | 461.00 |
| Other - Title Underwriter's Agency | 2500-000 | N/A | 37.50 | 37.50 | 37.50 |
| Other - State of Illinois | 2500-000 | N/A | 3.00 | 3.00 | 3.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Other - Title Underwriter's Agency | 2500-000 | N/A | 142.50 | 142.50 | 142.50 |
| Other - Title Underwriter's Agency | 2500-000 | N/A | 150.00 | 150.00 | 150.00 |
| Other - Title Underwriter's Agency | 2500-000 | N/A | 50.00 | 50.00 | 50.00 |
| Other - Keller Williams Realty | 3510-000 | N/A | 2,975.00 | 2,975.00 | 2,975.00 |
| Other - Gambino Realtors | 3510-000 | N/A | 2,975.00 | 2,975.00 | 2,975.00 |
| Other - Winnebago County Recorder | 2500-000 | N/A | 45.00 | 45.00 | 45.00 |
| Other - Winnebago County Recorder | 2820-000 | N/A | 42.50 | 42.50 | 42.50 |
| Other - Winnebago County Recorder | 2820-000 | N/A | 85.00 | 85.00 | 85.00 |
| Other - City of Rockford Water Department | 2420-000 | N/A | 70.54 | 70.54 | 70.54 |
| Other - Rock River Water Reclamation | 2420-000 | N/A | 73.03 | 73.03 | 73.03 |
| Other - Service Plumbing | 2420-000 | N/A | 50.00 | 50.00 | 50.00 |
| Other - Winnebago County Treasurer | 2820-000 | N/A | 4,456.44 | 4,456.44 | 4,456.44 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 56.82 | 56.82 | 56.82 |
| Other - Commonwealth Edison | 2420-000 | N/A | 4.62 | 4.62 | 4.62 |
| Other - City of Rockford Water Department | 2420-000 | N/A | 11.83 | 11.83 | 11.83 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 156.55 | 156.55 | 156.55 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 159.13 | 159.13 | 159.13 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 153.60 | 153.60 | 153.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 175.07 | 175.07 | 175.07 |
| Other - Benning Group LLC | 3410-000 | N/A | 500.00 | 500.00 | 500.00 |
| Other - Rockford Water Department | 2420-000 | N/A | -11.49 | -11.49 | -11.49 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $43,955.32 | $43,955.32 | $43,955.32 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8P | Internal Revenue Service | 5800-000 | N/A | 21,688.38 | 21,688.38 | 21,688.38 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $21,688.38 | $21,688.38 | $21,688.38 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | N/A | 10,819.41 | 10,819.41 | 429.58 |
| 2 | DLL Finance LLC | 7100-000 | N/A | 18,201.47 | 18,201.47 | 722.66 |
| 3 | DLL Finance LLC | 7100-000 | N/A | 19,387.00 | 19,387.00 | 769.73 |
| 4 | DLL Finance LLC | 7100-000 | N/A | 19,566.84 | 19,566.84 | 776.87 |
| 5 | AGCO Finance LLC | 7100-000 | N/A | 12,889.77 | 12,889.77 | 511.77 |
| 6 | AGCO Finance LLC | 7100-000 | 25,579.32 | 27,579.32 | 27,579.32 | 1,094.99 |
| 7 | Discover Bank | 7100-000 | N/A | 13,254.23 | 13,254.23 | 526.24 |
| 8U | Internal Revenue Service | 7100-000 | N/A | 1,965.15 | 1,965.15 | 78.02 |
| 9 | Forest Hills Country Club | 7100-000 | 1,791.60 | 1,791.60 | 1,791.60 | 71.13 |
| 10 | Jordan Implement, LLC | 7100-000 | N/A | 10,057.99 | 10,057.99 | 399.33 |
| 11 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 10,960.88 | 10,960.88 | 435.18 |
| 12 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 600.06 | 600.06 | 23.82 |
| 13U | Meridian Implement Co. | 7100-000 | N/A | 58,892.00 | 58,892.00 | 2,338.20 |
| 14 | Airgas USA LLC | 7100-000 | N/A | 635.71 | 635.71 | 25.24 |
| 15 | Stephenson Service Company | 7100-000 | N/A | 21,414.23 | 21,414.23 | 850.21 |
| 16 | Schilling Law, LLC | 7100-000 | N/A | 1,890.00 | 1,890.00 | 75.04 |
| 17 | Citibank, N.A. | 7100-000 | N/A | 7,094.37 | 7,094.37 | 281.67 |
| 18 | Regions Bank | 7100-000 | N/A | 1,469,799.10 | 1,469,799.10 | 58,355.80 |
| 19 -2 | Regions Commecial Equipment Finance, LLC | 7100-000 | N/A | 114,358.60 | 114,358.60 | 4,540.41 |
| 20 -2 | Regions Commercial Equipment Finance, LLC | 7100-000 | N/A | 80,653.09 | 80,653.09 | 3,202.19 |
| 21 | CLAAS Finanical Services, LLC | 7100-000 | N/A | 72,510.97 | 72,510.97 | 2,878.92 |
| 22 | U.S. Bank National Association | 7100-000 | N/A | 1,914.96 | 1,914.96 | 76.03 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | U.S. Bank National Association | 7100-000 | N/A | 3,903.56 | 3,903.56 | 154.98 |
| 24 | FALLS COLLECTION SERVICE | 7200-000 | N/A | 136.49 | 136.49 | 0.00 |
| 25 | FALLS COLLECTION SERVICE | 7200-000 | N/A | 131.87 | 131.87 | 0.00 |
| 26 | Deere & Company | 7200-000 | N/A | 9,340.16 | 9,340.16 | 0.00 |
| 27 | John Deere Financial, f.s.b. | 7200-000 | N/A | 9,314.13 | 9,314.13 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $27,370.92 | $1,999,062.96 | $1,999,062.96 | $78,618.01 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 16-81057 | **Trustee:** (330400) JOSEPH D. OLSEN | |
| **Case Name:** CARLSON, BRIAN J | **Filed (f) or Converted (c):** 04/28/16 (f) | |
| CARLSON, CAROL R | **§341(a) Meeting Date:** 06/23/16 | |
| **Period Ending:** 06/21/18 | **Claims Bar Date:** 10/14/16 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   4549 Rotary Road, Cherry Valley, IL 61016-0000, | 150,000.00 | Unknown | | 0.00 | FA |
| 2   5835 Elaine Drive, Rockford, IL 61108-0000, Winn | 70,000.00 | 70,000.00 | | 85,000.00 | FA |
| 3   Cash | 200.00 | 0.00 | | 0.00 | FA |
| 4   Checking: Holcomb State Bank #80002589 | 2,293.00 | Unknown | | 0.00 | FA |
| 5   Checking: US Bank #8550023934 | 1,139.00 | Unknown | | 0.00 | FA |
| 6   Savings: Holcomb State Bank #7248 | 217.00 | Unknown | | 0.00 | FA |
| 7   Savings: US Bank #0085 5501 1843 | 177.00 | Unknown | | 0.00 | FA |
| 8   Other financial account: Holcomb State Bank #800 | 44,178.00 | 44,000.00 | | 26,011.71 | FA |
| 9   Savings: Holcomb State Bank #605190 | 121.00 | Unknown | | 0.00 | FA |
| 10  Savings: Holcomb State Bank #605183 | 138.00 | Unknown | | 0.00 | FA |
| 11  Fridge, Stove, Washer, Dryer, Couch, (2) Recline | 350.00 | 0.00 | | 0.00 | FA |
| 12  32" TV, Laptop, Printer, (2) Cell Phones, Camera | 300.00 | 0.00 | | 0.00 | FA |
| 13  CPAP Machine | 100.00 | 0.00 | | 0.00 | FA |
| 14  No Designer Clothing - Work and Regular Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 15  Costume Jewelry and Wedding Ring | 400.00 | 0.00 | | 0.00 | FA |
| 16  Bikes | 100.00 | 0.00 | | 0.00 | FA |
| 17  Country Life Policy Term #1873113: Carol Carlson | 0.00 | Unknown | | 0.00 | FA |
| 18  Country Life Policy #3005852: Brian Carlson | 406.00 | Unknown | | 0.00 | FA |
| 19  Country Life Policy #3005851: Brian Carlson | 476.00 | Unknown | | 0.00 | FA |
| 20  Country Life Policy #1220337: Brian Carlson and | 1,229.00 | Unknown | | 0.00 | FA |
| 21  Country Life Policy #1220336: Brian Carlson and | 1,330.00 | Unknown | | 0.00 | FA |
| 22  Country Life Policy #1220338: Brian Carlson and | 1,291.00 | Unknown | | 0.00 | FA |
| 23  Country Life Policy #3005848: Brian Carlson | 389.00 | Unknown | | 0.00 | FA |
| 24  Country Life Policy #1608592: Carol Carlson | 7,783.00 | Unknown | | 0.00 | FA |
| 25  Country Life Policy #1220335: Brian Carolson | 4,491.00 | Unknown | | 0.00 | FA |
| 26  Country Life Policy #1220334: Carol Carlson | 8,472.00 | Unknown | | 0.00 | FA |
| 27  Country Life Policy #1220333: Carol Carlson | 8,205.00 | Unknown | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-81057  
**Case Name:** CARLSON, BRIAN J  
CARLSON, CAROL R  
**Period Ending:** 06/21/18

**Trustee:**   (330400)   JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 04/28/16 (f)  
**§341(a) Meeting Date:** 06/23/16  
**Claims Bar Date:** 10/14/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | 401 (k): ADP/Nelson & Tool Supply | 40,119.00 | 0.00 | | 0.00 | FA |
| 29 | IRA: Alpine Bank #801069226119 | 9,385.77 | 0.00 | | 0.00 | FA |
| 30 | IRA: Alpine Bank #801070626118 | 9,385.77 | 0.00 | | 0.00 | FA |
| 31 | Never Enough Equipment, Inc. and Carlson Farms, | Unknown | Unknown | | 0.00 | FA |
| 32 | Harvest & Haul, LLC (Brian 50% and Carol 50%), 1 | Unknown | Unknown | | 0.00 | FA |
| 33 | Carlson Family Farms, LLC (Brian 50% and Carol 5 | Unknown | Unknown | | 0.00 | FA |
| 34 | BJC Farms, LLC, 100% ownership | Unknown | Unknown | | 0.00 | FA |
| 35 | CRC Farms, LLC, 100% ownership | Unknown | Unknown | | 0.00 | FA |
| 36 | 2009 Ford Flex, 94000 miles. Entire property val | 5,000.00 | 0.00 | | 0.00 | FA |
| 37 | 2005 Ford F350, 155,000 miles. Entire property v | 3,000.00 | 0.00 | | 0.00 | FA |
| 38 | 2010 Harley LMT, 10,000 miles, #129-004. Entire | 10,000.00 | 0.00 | | 0.00 | FA |
| 39 | 2013 Kubota BX2670, Lawn Tractor. Entire propert | 10,978.90 | 0.00 | | 0.00 | FA |
| 40 | 2011 Cimarron Norstar 4H, Horse Trailer | Unknown | Unknown | | 0.00 | FA |
| 41 | Donald Wornberg - avoidable transfer  (u) | 0.00 | Unknown | | 0.00 | FA |
| 42 | Ronald Davidson - avoidable transfer  (u) | 0.00 | Unknown | | 0.00 | FA |
| 43 | 2015 tax refund  (u) | 0.00 | Unknown | | 0.00 | FA |
| 44 | Inventory in storage  (u) | 0.00 | Unknown | | 0.00 | FA |
| 45 | avoidable asset/corn row planter  (u) | 0.00 | 20,000.00 | | 33,250.00 | FA |
| 46 | avoidable transfer National Financial Services  (u) | 0.00 | Unknown | | 0.00 | FA |
| 46 | **Assets**    **Totals** (Excluding unknown values) | **$391,854.44** | **$134,000.00** | | **$144,261.71** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee avoided a purported secured creditors claim on a corn row planter and sold same. The Trustee is awaiting a buyout proposal from the Debtors regarding the equity in their condominium (reference 2) and the dissipation of a prepetition account ($28,000.00) reference # 8. Trustee expects to get those early in 2017 if not we have to list the condo for sale and I have to try to force collection from the Debtors of the $28,000 that was dissipated.

During the previous year the Trustee has sold the Debtors' condominium, filed the appropriate income tax returns, compensated the accountants and filed a motion to compromise the last remaining issue involving the turnover of the Debtors' date of petition balance in their bank account, that is to be heard late January 2018, and will file a final report once that compromise is funded. I guess our anticipated date for final report will be June 30, 2018.

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-81057  
**Case Name:** CARLSON, BRIAN J  
CARLSON, CAROL R  
**Period Ending:** 06/21/18

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 04/28/16 (f)  
**§341(a) Meeting Date:** 06/23/16  
**Claims Bar Date:** 10/14/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   December 31, 2017        **Current Projected Date Of Final Report (TFR):**   March 16, 2018  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 16-81057 | Trustee: | JOSEPH D. OLSEN (330400) |
| --- | --- | --- | --- |
| Case Name: | CARLSON, BRIAN J | Bank Name: | Rabobank, N.A. |
| | CARLSON, CAROL R | Account: | ******8666 - Checking Account |
| Taxpayer ID #: | **-***5495 | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 06/21/18 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/22/16 | {8} | Carol R. Carlson | Holcomb State Bank funds | 1129-000 | 15,011.71 | | 15,011.71 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 15,001.71 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.51 | 14,980.20 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.76 | 14,959.44 |
| 11/28/16 | {45} | Hack's Auction & Realty Service | SALES PROCEEDS-PERSONAL PROPERTY | 1229-000 | 33,250.00 | | 48,209.44 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.47 | 48,184.97 |
| 12/28/16 | 101 | Hack's Auction & Realty Service | Auctioneer's fees and expenses | | | 5,761.51 | 42,423.46 |
| | | | Auctioneer's fees        4,987.50 | 3610-000 | | | 42,423.46 |
| | | | Auctionner's expenses      774.01 | 3620-000 | | | 42,423.46 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.11 | 42,354.35 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.72 | 42,286.63 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.76 | 42,229.87 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.76 | 42,167.11 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.60 | 42,110.51 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.62 | 42,043.89 |
| 06/01/17 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2017 FOR CASE #16-81057, 016018067 | 2300-000 | | 30.64 | 42,013.25 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.43 | 41,952.82 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.33 | 41,894.49 |
| 08/15/17 | 103 | Duraclean | carpet cleaning for Elaine Drive | 2420-000 | | 334.44 | 41,560.05 |
| 08/15/17 | 104 | Cedar Hill Condo Association | August association dues | 2420-000 | | 140.00 | 41,420.05 |
| 08/15/17 | 105 | Rock River Water Reclamation District | Elaine Drive reclamation bill | 2420-000 | | 77.20 | 41,342.85 |
| 08/17/17 | 106 | Trustee Resource Group | property & liability insurance re Elaine Drive | 2420-000 | | 270.00 | 41,072.85 |
| 08/21/17 | 107 | NiCor Gas Company | August gas bill | 2420-000 | | 50.15 | 41,022.70 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.95 | 40,956.75 |
| 09/06/17 | 108 | Cedar Hill Condo Association | September condo association dues | 2420-000 | | 140.00 | 40,816.75 |
| 09/19/17 | 109 | Commonwealth Edison | electric service 8/17/17 thru 9/14/17 | 2420-000 | | 22.34 | 40,794.41 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.82 | 40,737.59 |
| 10/02/17 | | Title Underwriter's Agency | sale proceeds | | 70,071.66 | | 110,809.25 |
| | {2} | | | 1110-000 | 85,000.00 | | 110,809.25 |
| | | Winnebago County Treasurer | 2017 county taxes        -3,311.83 | 2820-000 | | | 110,809.25 |
| | | Title Underwriter's Agency | Owner's Title Insurance    -461.00 | 2500-000 | | | 110,809.25 |
| | | Title Underwriter's Agency | copy fee          -37.50 | 2500-000 | | | 110,809.25 |
| | | State of Illinois | IL DFI Policy Fee        -3.00 | 2500-000 | | | 110,809.25 |
| | | Title Underwriter's Agency | closing fee         -142.50 | 2500-000 | | | 110,809.25 |

Subtotals :      $118,333.37      $7,524.12

{} Asset reference(s)

Printed: 06/21/2018 09:33 AM    V.14.14

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 16-81057 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | CARLSON, BRIAN J | | Bank Name: | Rabobank, N.A. |
| | CARLSON, CAROL R | | Account: | ******8666 - Checking Account |
| Taxpayer ID #: | **-***5495 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 06/21/18 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | Title Underwriter's Agency | Title search fee | -150.00 | 2500-000 | | | 110,809.25 |
| | | Title Underwriter's Agency | Closing protection letter | -50.00 | 2500-000 | | | 110,809.25 |
| | | Keller Williams Realty | broker commission | -2,975.00 | 3510-000 | | | 110,809.25 |
| | | Gambino Realtors | broker commission | -2,975.00 | 3510-000 | | | 110,809.25 |
| | | Winnebago County Recorder | recording fee | -45.00 | 2500-000 | | | 110,809.25 |
| | | Winnebago County Recorder | county revenue stamps | -42.50 | 2820-000 | | | 110,809.25 |
| | | Winnebago County Recorder | state revenue stamps | -85.00 | 2820-000 | | | 110,809.25 |
| | | City of Rockford Water Department | water bill | -70.54 | 2420-000 | | | 110,809.25 |
| | | Rock River Water Reclamation | sanitary bill | -73.03 | 2420-000 | | | 110,809.25 |
| | | Service Plumbing | RRWRD Inspection | -50.00 | 2420-000 | | | 110,809.25 |
| | | Winnebago County Treasurer | 2016 real estate taxes | -4,456.44 | 2820-000 | | | 110,809.25 |
| 10/09/17 | 110 | Commonwealth Edison | final billing condo | | 2420-000 | | 4.62 | 110,804.63 |
| 10/12/17 | 111 | City of Rockford Water Department | final water bill 5835 Elain Drive | | 2420-000 | | 11.83 | 110,792.80 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 156.55 | 110,636.25 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 159.13 | 110,477.12 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 153.60 | 110,323.52 |
| 01/29/18 | {8} | Brian & Carol Carlson | per offer in compromise | | 1129-000 | 11,000.00 | | 121,323.52 |
| 01/29/18 | | City of Rockford Water Department | refund of overpayment on water bill for 5835 Elain Dr | | 1290-002 | 11.49 | | 121,335.01 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 175.07 | 121,159.94 |
| 02/01/18 | 112 | Benning Group LLC | preparation of fuduciary returns ending 12-31-16 | | 3410-000 | | 500.00 | 120,659.94 |
| 03/12/18 | | to void entry 20 | to void entry 20 | | 1110-000 | 11.49 | | 120,671.43 |
| 03/12/18 | | Rockford Water Department | refund of overpayment on water bill | | 2420-000 | | -11.49 | 120,682.92 |
| 03/12/18 | | City of Rockford Water Department | Reversed Deposit 100005 1 refund of overpayment on water bill for 5835 Elain Dr | | 1290-002 | -11.49 | | 120,671.43 |
| 03/12/18 | | Rockford Water Department | refund on overpayment of water bill | | 1110-000 | -11.49 | | 120,659.94 |
| 04/17/18 | 113 | JOSEPH D. OLSEN | Trustee's expenses allowed per 04/16/2018 Order (Doc 111) | | 2200-000 | | 660.46 | 119,999.48 |
| 04/17/18 | 114 | JOSEPH D. OLSEN | Trustee's fees allowed per 04/16/2018 Order (Doc 111) | | 2100-000 | | 10,463.09 | 109,536.39 |
| 04/17/18 | 115 | Attorney Joseph D Olsen | Attorney for Trustee fees allowed per 04/16/2018 Order (Doc 111) | | 3110-000 | | 9,230.00 | 100,306.39 |
| 04/17/18 | 116 | Internal Revenue Service | Check for Claim No. 8(P) | | 5800-000 | | 21,688.38 | 78,618.01 |
| 04/17/18 | 117 | American InfoSource LP as agent for | Check for Claim No. 1 | | 7100-000 | | 429.58 | 78,188.43 |

Subtotals :  $11,000.00  $43,620.82

{} Asset reference(s)

Printed: 06/21/2018 09:33 AM     V.14.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 16-81057  
**Case Name:** CARLSON, BRIAN J  
CARLSON, CAROL R  
**Taxpayer ID #:** **-***5495  
**Period Ending:** 06/21/18  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8666 - Checking Account  
**Blanket Bond:** $1,500,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/17/18 | 118 | DLL Finance LLC | Check for Claim No. 2 | 7100-000 | | 722.66 | 77,465.77 |
| 04/17/18 | 119 | DLL Finance LLC | Check for Claim No. 3 | 7100-000 | | 769.73 | 76,696.04 |
| 04/17/18 | 120 | DLL Finance LLC | Check for Claim No. 4 | 7100-000 | | 776.87 | 75,919.17 |
| 04/17/18 | 121 | AGCO Finance LLC | Check for Claim No. 5 | 7100-000 | | 511.77 | 75,407.40 |
| 04/17/18 | 122 | AGCO Finance LLC | Check for Claim No. 6 | 7100-000 | | 1,094.99 | 74,312.41 |
| 04/17/18 | 123 | Discover Bank | Check for Claim No. 7 | 7100-000 | | 526.24 | 73,786.17 |
| 04/17/18 | 124 | Internal Revenue Service | Check for Claim No. 8(U) | 7100-000 | | 78.02 | 73,708.15 |
| 04/17/18 | 125 | Forest Hills Country Club | Check for Claim No. 9 | 7100-000 | | 71.13 | 73,637.02 |
| 04/17/18 | 126 | Jordan Implement, LLC | Check for Claim No. 10 | 7100-000 | | 399.33 | 73,237.69 |
| 04/17/18 | 127 | Quantum3 Group LLC as agent for | Check for Claim No. 11 | 7100-000 | | 435.18 | 72,802.51 |
| 04/17/18 | 128 | PYOD, LLC its successors and assigns as assignee | Check for Claim No. 12 | 7100-000 | | 23.82 | 72,778.69 |
| 04/17/18 | 129 | Meridian Implement Co. | Check for Claim No. 13(U) | 7100-000 | | 2,338.20 | 70,440.49 |
| 04/17/18 | 130 | Airgas USA LLC | Check for Claim No. 14 | 7100-000 | | 25.24 | 70,415.25 |
| 04/17/18 | 131 | Stephenson Service Company | Check for Claim No. 15 | 7100-000 | | 850.21 | 69,565.04 |
| 04/17/18 | 132 | Schilling Law, LLC | Check for Claim No. 16 | 7100-000 | | 75.04 | 69,490.00 |
| 04/17/18 | 133 | Citibank, N.A. | Check for Claim No. 17 | 7100-000 | | 281.67 | 69,208.33 |
| 04/17/18 | 134 | Regions Bank | Check for Claim No. 18 | 7100-000 | | 58,355.80 | 10,852.53 |
| 04/17/18 | 135 | Regions Commecial Equipment Finance, LLC | Check for Claim No. 19-2 | 7100-000 | | 4,540.41 | 6,312.12 |
| 04/17/18 | 136 | Regions Commercial Equipment Finance, LLC | Check for Claim No. 20-2 | 7100-000 | | 3,202.19 | 3,109.93 |
| 04/17/18 | 137 | CLAAS Finanical Services, LLC | Check for Claim No. 21 | 7100-000 | | 2,878.92 | 231.01 |
| 04/17/18 | 138 | U.S. Bank National Association | Check for Claim No. 22 | 7100-000 | | 76.03 | 154.98 |
| 04/17/18 | 139 | U.S. Bank National Association | Check for Claim No. 23 | 7100-000 | | 154.98 | 0.00 |

|   |   |
|---|---|
| **ACCOUNT TOTALS** | 129,333.37   129,333.37   $0.00 |
| Less: Bank Transfers | 0.00   0.00 |
| **Subtotal** | 129,333.37   129,333.37 |
| Less: Payments to Debtors | 0.00 |
| **NET Receipts / Disbursements** | $129,333.37   $129,333.37 |

{} Asset reference(s)

Printed: 06/21/2018 09:33 AM    V.14.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 16-81057
**Case Name:** CARLSON, BRIAN J
CARLSON, CAROL R
**Taxpayer ID #:** **-***5495
**Period Ending:** 06/21/18

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** Rabobank, N.A.
**Account:** ******8666 - Checking Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 129,333.37
Plus Gross Adjustments : 14,928.34
Net Estate : $144,261.71

|  | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******8666** | 129,333.37 | 129,333.37 | 0.00 |
| | $129,333.37 | $129,333.37 | $0.00 |

{} Asset reference(s)

Printed: 06/21/2018 09:33 AM   V.14.14